**STATE of Missouri, Respondent,**

v.

**Terrell LACY, Appellant.**

**No. 74699.**

Missouri Court of Appeals,
Eastern District,
Division Two.

June 15, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 3, 1999.

---

Douglas R. Hoff, Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Krista D. Boston, Assistant Attorney General, Jefferson City, for respondent.

Before: JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J., RICHARD B. TEITELMAN, J.

*ORDER*

PER CURIAM.

Defendant Terrell Lacy appeals the judgment entered upon his conviction by a jury of first degree murder, section 565.020 RSMo 1994, three counts of first degree assault, section 565.050 RSMo 1994, and four counts of armed criminal action, section 571.015 RSMo 1994.

We have examined the briefs and the record on appeal and find no manifest injustice. An extended opinion reciting

the detailed facts and restating the principles of law would serve no precedential or jurisprudential value. The judgment is affirmed in accordance with Rule 30.25(b).